UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FOLOI FOLOI,

        Plaintiff,

   v.

NO. CIV. 2:08-cv-1288 FCD KJM

ORDER

UNITED STATES OF AMERICA and DOES 1-100, inclusive,

        Defendants.

----oo0oo----

This matter is before the court on defendant United States of America's motion to transfer venue to the United States District Court for the District of Alaska.  Plaintiff Foloi Foloi filed a statement of non-opposition to the motion.  After review of defendant's motion and declaration in support thereof, and in light of plaintiff's non-opposition, defendant's motion is GRANTED.

    IT IS SO ORDERED.

DATED: January 5, 2009

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE